Briant J. *sk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BENJAMIN CHAFETZ, et al.

                Plaintiff,

   -against-

BNA FINANCIAL SERVICES, INC.

               Defendant.

-----------------------------------------------------------x

NOTICE OF DISCONTINUANCE & ORDER

08 CIV 2871 (CLB)

IT IS HEREBY STIPULATED, by the undersigned attorney for the Plaintiff, that the above-captioned action is hereby dismissed and discontinued with prejudice and without costs to any party.

Dated:  April 15, 2008
          Uniondale, New York

Abraham Kleinman (AK-6300)
KLEINMAN LLC
Attorney for the Plaintiff
626 RexCorp Plaza
Uniondale, New York 11556-0626

Telephone (516) 522-2621
Facsimile (888) 522-1692

*Clarence Briant*
SO ORDERED
4-16-2008